Robert L. Starr, Esq. (SBN 183052)
E-mail: robert@starrlaw.com
Theodore R. Tang, Esq. (SBN 313294)
E-mail: theodore@starrlaw.com
LAW OFFICE OF ROBERT L. STARR APC
23901 Calabasas Road, Suite 2072
Calabasas, CA 91302

Attorneys for Plaintiff,
REGGIE JOHNSON

Richard L. Stuhlbarg (SBN: 180631)
E-mail: richard.stuhlbarg@bowmanandbrooke.com
Ashleigh K. Gideon (SBN: 318223)
E-mail: ashleigh.gideon@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No.: 310/ 768-3068
Fax No.: 310/ 719-1019

Attorneys for Defendant,
FCA US LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FCA US LLC, a Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | **CASE NO.: 2:20-cv-00206-PA (AGRx)**<br><br>[Removed from Los Angeles County Superior Court - Case No. 19STCV42363]<br><br>**ORDER ON STIPULATION TO DISMISS WITHOUT PREJUDICE**<br><br>Action Filed: November 25, 2019<br>Trial: None |

# **ORDER**

Pursuant to the Parties' Stipulation to Dismiss, this matter is hereby dismissed without prejudice, including all claims and counterclaims.

Each party will bear their own attorneys' fees, costs, and expenses, with the exception to that stated within the executed settlement and release documents.

**IT IS SO ORDERED.**

DATED: March 26, 2020

_____
The Honorable Percy Anderson